UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date:** February 13, 2019 (Time: 47 minutes)   **JUDGE:** Phyllis J. Hamilton

**Case No:** 18-cv-05286-PJH
**Case Name:** IntegrityMessageBoards.com v. Facebook, Inc.

**Attorney(s) for Plaintiff:**   Solomon Cera; Pamela Markert; Seth Lesser
**Attorney(s) for Defendant:**   Elizabeth Deeley; Susan Engel

**Deputy Clerk:** Kelly Collins       **Court Reporter:** Pamela Batalo Hebel

### PROCEEDINGS

Defendant's Motion to Dismiss - Held. The Court takes the matter under submission.

**Order to be prepared by:**   [] Pl  [] Def  [X] Court

**Notes:**

**cc:** chambers