LATHAM & WATKINS LLP
Elizabeth L. Deeley (CA Bar No. 230798)
 *elizabeth.deeley@lw.com*
Nicole C. Valco (CA Bar No. 258506)
 *nicole.valco@lw.com*
Robin L. Kuntz (CA Bar No. 305048)
 *robin.kuntz@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

Susan E. Engel (admitted *pro hac vice*)
 *susan.engel@lw.com*
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004-1304
Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201

*Attorneys for Defendant Facebook, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| INTEGRITYMESSAGEBOARDS.COM, LLC, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No. 4:18-cv-05286 PJH<br><br>**FACEBOOK, INC.'S NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER**<br><br>Court: Courtroom 3, 3rd Floor<br>Hon. Phyllis J. Hamilton |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

FACEBOOK'S NOTICE OF SUBSTITUTION OF
COUNSEL AND [PROPOSED] ORDER
CASE NO. 4:18-CV-05286 PJH

1   PLEASE TAKE NOTICE that Defendant Facebook, Inc. ("Facebook") hereby substitutes
2   Christopher Chorba of the law firm Gibson, Dunn & Crutcher LLP, 333 South Grand Avenue,
3   Los Angeles, California 90071 as counsel for Facebook in the above-captioned matter in place of
4   Elizabeth L. Deeley, Nicole C. Valco, Susan E. Engel, and Robin L. Kuntz of the law firm
5   Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, California 94111.
6   Consistent with Civil Local Rule 11-5, notice of this substitution has been provided to Plaintiff
7   IntegrityMessagesBoards.com, LLC.
8   Pursuant to Civil Local Rule 11-5, Facebook requests that the Court approve this
9   substitution. Facebook further requests that the Court enter an order reflecting this change and
10  that all necessary changes be made to the Court's records and ECF, and that all future
11  communications regarding this case be directed to the following:

Christopher Chorba
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7396
Facsimile: (213) 229-6396
Email: cchorba@gibsondunn.com

17  The undersigned parties consent to the above substitution of counsel.

18  DATED: March 13, 2019         By: _____
                                      Elizabeth L. Deeley (CA Bar No. 230798)
19                                    LATHAM & WATKINS LLP

20  DATED: March 13, 2019         By: _____
                                      Christopher Chorba (CA Bar No. 216692)
21                                    GIBSON, DUNN & CRUTCHER LLP

22  DATED: March 13, 2019         By: _____
                                      FACEBOOK, INC.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

FACEBOOK'S NOTICE OF SUBSTITUTION OF
COUNSEL AND [PROPOSED] ORDER
CASE NO. 4:18-CV-05286 PJH

**[PROPOSED] ORDER**

Pursuant to Civil Local Rule 11-5, the Court approves the substitution of counsel sought by Facebook, Inc.

IT IS SO ORDERED.

Dated: __March 15__, 2019

_____
The Honorable Phyllis J. Hamilton
United States District Judge

[Stamp: IT IS SO ORDERED / Judge Phyllis J. Hamilton / UNITED STATES DISTRICT COURT / NORTHERN DISTRICT OF CALIFORNIA]