**CERA LLP**
Solomon B. Cera (CA Bar No. 099467)
Pamela A. Markert (CA Bar No. 203780)
595 Market Street, Suite 1350
San Francisco, California 94105
Telephone: (415) 777-2230
Facsimile: (415)-777-5189
Email: scera@cerallp.com
Email: pmarkert@cerallp.com

**KLAFTER OLSEN & LESSER LLP**
Jeffrey A. Klafter (admitted *pro hac vice*)
Seth R. Lesser (admitted *pro hac vice*)
2 International Drive, Suite 350
Rye Brook, New York 10570
Telephone: (914) 934-9200
Facsimile: (914) 934-9200
Email: JAK@klafterolsen.com
Email: Seth@klafterolsen.com

**WOHL & FRUCHTER LLP**
J. Elazar Fruchter (*admitted pro hac vice*)
25 Robert Pitt Drive, Suite 209G
Monsey, NY 10952
Telephone: (845) 425-4658
Facsimile:  (718) 758-4004
Email: jfruchter@wohlfruchter.com

*Counsel for Plaintiff and the Proposed Class*

**GIBSON, DUNN & CRUTCHER LLP**
Christopher Chorba SBN 216692
  cchorba@gibsondunn.com
Lauren M.Blas, SBN 296823
  lblas@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

**GIBSON, DUNN & CRUTCHER LLP**
Abigail A. Barrera, SBN 301746
  abarrera@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:    415.393.8200
Facsimile:     415.393.8306

*Attorneys for Defendant, Facebook, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| INTEGRITYMESSAGEBOARDS.COM, LLC, Individually and On Behalf of All Others Similarly Situated,<br><br>             Plaintiff,<br><br>     v.<br><br>FACEBOOK, INC.,<br><br>             Defendant. | CASE NO. 4:18-cv-05286 PJH<br><br>**STIPULATION AND [PROPOSED] SCHEDULING ORDER**<br><br>Hon. Phyllis J. Hamilton |

**STIPULATION AND [PROPOSED] ORDER RE CLASS CERTIFICATION SCHEDULE**

Pursuant to the Court's instructions at the Case Management Conference on March 21, 2019 (*see* Dkt. 59), the parties respectfully submit the following schedule for, *inter alia*, expert disclosures and briefing in connection with class certification:

| Event | Deadline |
| --- | --- |
| Deadline for Facebook to Answer Complaint | April 10, 2019 |
| Deadline for Initial Disclosures | April 30, 2019 |
| Deadline to submit stipulated E-Discovery Order, ESI Protocol, and Protective Order | April 30, 2019 |
| Deadline for Plaintiff to Amend Complaint | 60 days after entry of a stipulated E-Discovery Order, ESI Protocol and Protective Order |
| Deadline for Plaintiff to disclose the names, curriculum vitae, and a one-sentence description of the subject areas of expected testimony for all experts in support of motion for class certification | November 20, 2019 |
| Deadline for Facebook to disclose the names, curriculum vitae, and a one-sentence description of the subject areas of expected testimony for all experts in opposition to motion for class certification | December 5, 2019 |
| Deadline for Plaintiff to file Motion for Class Certification and all supporting declarations, evidence, and other papers | December 20, 2019 |
| Deadline for Facebook to file Opposition to Motion for Class Certification and all supporting declarations, evidence, and other papers | February 21, 2020 |
| Deadline for Plaintiff to file Reply in Support of Motion for Class Certification | April 13, 2020 |
| Hearing on Motion for Class Certification / Further Status Conference | May 13, 2020, 9:00 a.m. |
| Deadline to conduct initial ADR session (private mediation) | May 1, 2020 |

Defendant Facebook, Inc. reserves all rights to seek disclosure of any rebuttal experts from Plaintiff before the deadline to submit its opposition to Plaintiff's motion for class certification, and Plaintiff reserves all rights to oppose any such request, and both parties otherwise reserve all rights

| | |
|---|---|
| 1 | with respect to the above schedule. |
| 2 | DATED:  March 28, 2019          CERA LLP |

By: /s/ Pamela A. Markert
Solomon B. Cera (CA Bar No. 099467)
Pamela A. Markert (CA Bar No. 203780)
595 Market Street, Suite 1350
San Francisco, California 94105
Telephone: 415.777.2230
Facsimile: 415.777.5189
*pmarkert@cerallp.com*

KLAFTER, OLSEN & LESSER, LLP
Jeffrey A. Klafter (*admitted pro hac vice*)
Seth R. Lasser (*admitted pro hac vice*)
2 International Drive, Suite 350
Rye Brook, NY 10570
Telephone:  914.934.9200
Facsimile: 914.934.9200
*JAK@klafterolsen.com*
*Seth@klafterolsen.com*

WOHL & FRUCHTER LLP
Joshua Elazar Fruchter (*admitted pro hac vice*)
25 Robert Pitt Drive, Suite 209G
Monsey, NY 10952
Telephone: 845.425.4658
Facsimile:  718.504.3773
*jfruchter@wohlfruchter.com*

*Attorneys for Plaintiff*
*IntergrityMessageBoards.com, LLC*

DATED:  March 28, 2019            GIBSON, DUNN & CRUTCHER LLP

By:  /s/ Christopher Chorba
Christopher Chorba, SBN 216692
Lauren M. Blas, SBN 296823
Abbey A. Barrera, SBN 301746
333 South Grand Avenue
Los Angeles, CA  90071
Telephone:  213.229.7000
Facsimile:  213.229.7520
*cchorba@gibsondunn.com*

*Attorneys for Defendant, Facebook, Inc.*

3

**IT IS ORDERED** that the forgoing Stipulation is approved.

Dated: March 28, 2019

_____
The Hon. ...
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

STIPULATION AND [PROPOSED] SCHEDULING ORDER
Case No. 4:18-cv-05286 PJH