**POMERANTZ LLP**
Jordan L. Lurie (SBN 130013)
Ari Y. Basser (SBN 272618)
1100 Glendon Avenue, 15th floor
Los Angeles, CA 90024
Telephone: 310.432.8492
Facsimile: 310.861.8591
Email: jllurie@pomlaw.com

**OHL & FRUCHTER LLP**
Joshua Elazar Fruchter (*admitted pro hac vice*)
25 Robert Pitt Drive, Suite 209G
Monsey, NY 10952
Telephone: 845.425.4658
Facsimile: 718.504.3773
Email: jfruchter@wohlfruchter.com

*Attorneys for Plaintiff and the Proposed Class*

**GIBSON, DUNN & CRUTCHER LLP**
Christopher Chorba (SBN 216692)
Lauren M. Blas (SBN 296823)
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520
Email: cchorba@gibsondunn.com

**GIBSON, DUNN & CRUTCHER LLP**
Abbey A. Barrera (SBN 301746)
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306
Email: abarrera@gibsondunn.com

*Attorneys for Defendant, Facebook, Inc.*

January 27, 2020

**VIA ECF**

The Honorable Joseph C. Spero
Chief Magistrate Judge
United States District Court
Northern District of California
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

Re: *IntegrityMessageBoards.com, LLC v. Facebook, Inc.*, Case No. 18-cv-05286-PJH-JCS

Dear Judge Spero:

The undersigned represent the parties in the above-captioned action.

As we advised your Honor at the conclusion of the discovery conference held on Friday, January 17, 2020, the parties resolved the remaining discovery disputes that were the subject of Plaintiff's motion to compel ("Motion"), but that resolution was dependent upon and subject to the Court's approval of a revised case scheduling stipulation that the parties are still finalizing. Because of the necessity of pinning down multiple deadlines and dates, as well as an upcoming 30(b)(6) deposition this coming Wednesday, January 29, 2019, in Palo Alto, for which both parties are preparing, that process has proceeded more slowly than anticipated.

By this letter, the parties therefore request until Thursday, February 6, 2020, to finalize the case scheduling stipulation, after which the parties will file the stipulation with the Court, as well as a joint letter to your Honor summarizing the resolution of the Motion.

DATED: January 27, 2020                POMERANTZ LLP

By: __/s/ Jordan L. Lurie_____
Jordan L. Lurie SBN 130013
Ari Y. Basser SBN 272618
1100 Glendon Avenue, 15th floor
Los Angeles, CA 90024
Telephone: 310.432.8492
Facsimile: 310.861.8591
*jllurie@pomlaw.com*
*abasser@pomlaw.com*

WOHL & FRUCHTER LLP
Joshua Elazar Fruchter (*admitted pro hac vice*)
25 Robert Pitt Drive, Suite 209G
Monsey, NY 10952
Telephone: 845.425.4658
Facsimile: 718.504.3773
*jfruchter@wohlfruchter.com*

*Attorneys for Plaintiff*
*IntergrityMessageBoards.com, LLC*

DATED: January 27, 2020                GIBSON, DUNN & CRUTCHER LLP

By: */s/ Christopher Chorba*_____
Christopher Chorba, SBN 216692
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520
*cchorba@gibsondunn.com*

*Attorneys for Defendant, Facebook, Inc.*

## **ATTORNEY ATTESTATION**

      Pursuant to Civil Local Rule 5-1, I, Ari Y. Basser, hereby attest that concurrence in the filing of this document has been obtained from all signatories.

Dated:  January 27, 2020                POMERANTZ LLP

                                          By:   */s/ Ari Y. Basser*
                                                          Ari Y. Basser

                                          *Attorneys for Plaintiff*