UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGRITYMESSAGEBOARDS.COM, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No. 18-cv-05286-PJH<br><br>**ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION FOR PROVISIONAL SEALING AND SETTING BRIEFING SCHEDULE RE PERMANENT SEALING**<br><br>Re: Dkt. No. 112 |

The court is in receipt of plaintiffs' "administrative motion to provisionally file portions of plaintiffs' first amended class action complaint under seal." Dkt. 112. The court understands that the portions of the first amended complaint ("FAC") sought for provisional sealing "quote, reference, or otherwise rely on documents" that defendant has designated as "highly confidential" pursuant to the parties' stipulated protective order. Dkt. 112 at 2. Given that, the court infers that defendant does not intend to file any opposition to plaintiffs' Local Rule 7-11 administrative motion. Accordingly, the court **GRANTS** the provisional sealing as requested by plaintiffs in that motion.

The court also understands that plaintiffs disagree that any of the FAC is entitled to sealing in the first instance and that the parties would like the "opportunity to brief whether the sealing should be permanent" or whether the FAC "should instead be filed publicly in its entirety." Id. The court will allow such briefing according to the schedule proposed by the parties, particularly: (1) defendant will have until July 23, 2020 to file a declaration and 10-page brief in support of permanently sealing the provisionally sealed portions of the FAC; (2) plaintiffs will have until August 3, 2020 to file a 10- page brief in

opposition to such sealing; and (3) defendant will have until August 17, 2020 to file a 5-page reply brief.  Defendant must formally notice its motion for permanent sealing.

The provisional seal of the subject portions of the FAC will remain in effect until the court issues its order on the above referenced motion for permanent sealing.

**IT IS SO ORDERED.**

Dated: July 15, 2020

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge