UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| INTEGRITYMESSAGEBOARDS.COM, LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>FACEBOOK, INC.,<br><br>　　　　　　　　　Defendant. | Case No. 4:18-cv-05286 PJH<br><br>**PUTATIVE CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT FACEBOOK, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Hon. Phyllis J. Hamilton<br><br>**Hearing:**<br>Date:　　　May 13, 2021<br>Time:　　　1:30 p.m.<br>Location:　Oakland Division<br>　　　　　　Department 3, Third Floor |

Case 4:18-cv-05286-PJH   Document 162-1   Filed 02/12/21   Page 2 of 2

The Court, having considered Defendant Facebook Inc.'s Motion for Partial Summary Judgment, points and authorities in support, in opposition, and in reply, all associated declarations, exhibits, and any argument of counsel, hereby GRANTS the Motion.

Because there is no evidence that Plaintiff intends to purchase ads on Facebook in the future, Plaintiff lacks Article III standing to pursue forward-looking injunctive and declaratory relief.  *See Lujan v. Defs. of Wildlife*, 504 U.S. 555, 564 n.2 (1992); *Davidson v. Kimberly-Clark Corp.*, 889 F.3d 956, 969 (9th Cir. 2018); *Lanovaz v. Twinings N. Am., Inc.*, 726 F. App'x 590, 591 (9th Cir. 2018); *S.D. Cty. Gun Rights Comm. v. Reno*, 98 F.3d 1121, 1133 (9th Cir. 1996).  Plaintiff's requests for such injunctive and declaratory relief are therefore dismissed.

**IT IS SO ORDERED.**

Dated: _____

_____
The Honorable Phyllis J. Hamilton
United States District Judge


1
[PROPOSED] ORDER GRANTING DEFENDANT FACEBOOK, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NO. 4:18-CV-05286 PJH
