GIBSON, DUNN & CRUTCHER LLP
CHRISTOPHER CHORBA, SBN 216692
  cchorba@gibsondunn.com
LAUREN M. BLAS, SBN 296823
  lblas@gibsondunn.com
CHRISTIAN S. BRIGGS, SBN 307387
  cbriggs@gibsondunn.com
JASON S. KIM, SBN 307532
  jkim@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

ETHAN DETTMER, SBN 196046
  edettmer@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
  abarrera@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:    415.393.8200
Facsimile:    415.393.8306

*Attorneys for Defendant Facebook, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| INTEGRITYMESSAGEBOARDS.COM, LLC,<br><br>           Plaintiff,<br><br>   v.<br><br>FACEBOOK, INC.,<br><br>           Defendant. | Case No. 4:18-cv-05286 PJH<br><br>**PUTATIVE CLASS ACTION**<br><br>**DECLARATION OF CHRISTIAN BRIGGS IN SUPPORT OF DEFENDANT FACEBOOK, INC.'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Hon. Phyllis J. Hamilton<br><br>**Hearing:**<br>Date:     May 13, 2021<br>Time:    1:30 p.m.<br>Location:  Oakland Division<br>             Department 3, Third Floor |

## DECLARATION OF CHRISTIAN BRIGGS

I, Christian Briggs declare and state as follows:

1.      I am an attorney with the law firm of Gibson, Dunn & Crutcher LLP and represent Facebook, Inc. ("Facebook") in the above-captioned matter.  I make this declaration in support of Facebook's Motion for Partial Summary Judgment.  I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently hereto.

2.      Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the certified transcript of the Deposition of Plaintiff IntegrityMessageBoards.com LLC's 30(b)(6) witness in this matter, Mr. Ralph Kidd, dated November 14, 2019, and designated as "Highly Confidential—Attorneys' Eyes Only" under the Stipulated Protective Order, Dkt. 71.

3.      Attached hereto as **Exhibit B** is a true and correct copy of a spreadsheet containing data about the ad campaigns run by Plaintiff on Facebook, identified by Bates number FBIMB000348.  Facebook had previously designated this spreadsheet "Highly Confidential" under the Stipulated Protective Order, Dkt. 71, but now withdraws that designation.

4.      Attached hereto as **Exhibit C** is a true and correct copy of a document entitled "Proprietary Facebook Investment Thesis," identified by Bates numbers IMB-0011576–589, marked as Exhibit 8 to the November 14, 2019 deposition of Mr. Kidd, and designated as "Confidential" under the Stipulated Protective Order, Dkt. 71.

5.      Attached hereto as **Exhibit D** is a true and correct copy of excerpts of a document entitled "Like Fraud? You Decide.  An Open Source (Crowdsourced) Investigation Into Facebook's Page Promotion Advertising Processes and Ecosystem," identified by Bates numbers IMB-0012751–758, marked as Exhibit 12 to the November 14, 2019 deposition of Mr. Kidd, and designated as "Confidential" under the Stipulated Protective Order, Dkt. 71.

6.      Attached hereto as **Exhibit E** is a true and correct copy of excerpts from the certified transcript of the Deposition of Plaintiff Retour Inc.'s 30(b)(6) witness in this matter, Mr. David Pollack, dated September 24, 2020, and designated as "Highly Confidential—Attorneys' Eyes Only" under the Stipulated Protective Order, Dkt. 71.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this 12th day of February, 2021 in Tustin, California.

*/s/ Christian Briggs*
Christian Briggs