# EXHIBIT A

# (REDACTED VERSION OF DOCUMENT SOUGHT TO BE FILED PROVISIONALLY UNDER SEAL)

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3   INTEGRITYMESSAGEBOARDS.COM,        )

 4   LLC, Individually and On           )

 5   Behalf of All Others Similarly     )

 6   Situated,                          )

 7                                      )

 8         Plaintiff,                   )

 9                                      ) Case No.

10   v.                                 ) 4:18-cv-05286 PJH

11                                      )

12   FACEBOOK, INC.                     )

13                                      )

14         Defendant.                   )

15

16      VIDEOTAPED RULE 30(B)(6) DEPOSITION OF:

17                 PLAINTIFF INTEGRITY MESSAGEBOARDS.COM,

18                 LLC (RALPH VINCENT KIDD IV)

19                 THURSDAY, NOVEMBER 14, 2019

20                 9:04 A.M.

21

22      Reported by:  PAULA A. PYBURN

23                 CSR 7304, RPR, CLR

24   JOB NO. 3582667

25   PAGES 1 - 355
```

Page 1













































| | | |
|---|---|---|
| 1 | Q    Are you aware of anyone else doing that? | 14:42:03 |
| 2 | A    No. | 14:42:05 |
| 3 | Q    If I told you the last public post on the | 14:42:06 |
| 4 | Small Cap Directory Facebook page was in January | 14:42:09 |
| 5 | 2016, does that sound about right? | 14:42:12 |
| 6 | A    Sounds about right. | 14:42:15 |
| 7 | Q    Your complaint refers to the Investor | 14:42:16 |
| 8 | Village Facebook ad campaign as "The August 2015 IV | 14:42:23 |
| 9 | likes campaign." | 14:42:28 |
| 10 | If I use that phrase, will you know what | 14:42:30 |
| 11 | I'm talking about? | 14:42:32 |
| 12 | A    Yes. | 14:42:36 |
| 13 | MR. LURIE:  If it's easier, you can just | 14:42:38 |
| 14 | refer to it as the June 25 campaign. | 14:42:40 |
| 15 | MR. CHORBA:  June 25 -- 2015? | 14:42:42 |
| 16 | MR. LURIE:  2015. | 14:42:44 |
| 17 | THE WITNESS:  August -- I don't know. | 14:42:45 |
| 18 | BY MR. CHORBA: | 14:42:47 |
| 19 | Q    What was -- well, let's -- | 14:42:47 |
| 20 | MR. LURIE:  Well, I'm sorry.  Let -- why | 14:42:49 |
| 21 | don't you let -- ask the questions.  You can define | 14:42:52 |
| 22 | it how you want. | 14:42:53 |
| 23 | MR. CHORBA:  Thank you. | 14:42:54 |
| 24 | Q    Were there multiple Facebook ad campaigns | 14:42:56 |
| 25 | relating to the Investor Village product? | 14:42:58 |

Page 206

```
 1        A     I believe so.                          14:43:01

 2        Q     How many?                              14:43:07

 3        A     You might need to help me with defining 14:43:10

 4   them, but I think at a minimum I would want to say 14:43:18

 5   two.  Meaning I think there was one opportunity to 14:43:23

 6   do something called, like, "Promote Post" or       14:43:25

 7   something that I think we tried once, maybe; the    14:43:28

 8   other one promoting the page itself.                14:43:32

 9        I feel like it was sort of a, you know --      14:43:36

10   an evolution getting tweaked.  So I don't know if   14:43:41

11   that counts when you tweak it, if -- you know.      14:43:44

12        Q     Do you remember which one was done first? 14:43:47

13   Was it the "Promote Posts" or "Promote Page"?       14:43:49

14        A     I don't remember.  I think it was the page, 14:43:53

15   but I don't know whether that matters, what I think. 14:43:55

16        Q     Whose idea was it to advertise on behalf of 14:43:59

17   Investor Village on Facebook?                       14:44:03

18        A     Mine.                                   14:44:04

19        Q     Did you discuss that idea with anyone else? 14:44:05

20        A     Again, I don't remember specifically, but 14:44:08

21   it wouldn't surprise me that I would have told my   14:44:15

22   wife and probably my stepdaughter, "Hey, I'm going  14:44:17

23   to, you know, advertise on Facebook."  But, you     14:44:19

24   know.                                               14:44:23

25        Q     Did IMB have a specific goal with        14:44:23
```

Page 207





































```
 1        Q     Did you -- when you put together the        17:23:40

 2    investment thesis, did you have any idea as to the    17:23:44

 3    magnitude of the potential value to a hedge fund in   17:23:48

 4    terms of what it might be worth to them, the          17:23:52

 5    information that you had?                             17:23:55

 6        A     Yes.                                        17:23:56

 7        Q     Did you believe that it might be worth      17:23:57

 8    hundreds of millions, if not billions of dollars?     17:23:59

 9        A     I believe that was possible.  I've seen it  17:24:02

10    in the market more than once.  So...                  17:24:06

11        Q     Can you give me an example?                 17:24:09

12        A     Well, I guess we could look at the          17:24:11

13    billionaire fight between Carl Icahn and whatever     17:24:13

14    his name is on Herbalife, kind of going at each       17:24:17

15    other's throats in the public domain, putting out    17:24:22

16    information.                                          17:24:25

17            I can't remember the younger guy's name,      17:24:27

18    but -- I mean, he, the younger of the two            17:24:29

19    billionaires fighting it out, claims that Herbalife  17:24:33

20    is a scam and --                                      17:24:37

21            But again, I don't have -- and then           17:24:42

22    there's -- I want to say his name is Andrew Leff, of 17:24:44

23    Citron.  He's a pretty -- pretty known short that    17:24:48

24    engages in this type of market strategy.             17:24:58

25        Q     Mr. Kidd, turning back to the complaint in  17:25:03
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | this action, through this action is IMB -- what is | 17:25:07 |
| 2 | IMB's claim against Facebook? | 17:25:14 |
| 3 | A    Well, we were damaged because we paid for | 17:25:16 |
| 4 | something that we didn't get.  We paid for ads, for | 17:25:35 |
| 5 | highly targeted ads, and we were not -- we didn't | 17:25:40 |
| 6 | get what we were paying for. | 17:25:46 |
| 7 | Q    And what did you believe you were paying | 17:25:47 |
| 8 | for? | 17:25:51 |
| 9 | A    For my ads to be served to people who met | 17:25:51 |
| 10 | my targeting criteria. | 17:25:56 |
| 11 | Q    And you testified earlier the objective of | 17:25:57 |
| 12 | the IV Likes and SCD Likes campaigns were to have | 17:26:01 |
| 13 | likes to those Facebook pages; correct? | 17:26:05 |
| 14 | A    Correct. | 17:26:07 |
| 15 | Q    Are you -- is it your position or is it | 17:26:07 |
| 16 | your understanding that the conduct that is being | 17:26:16 |
| 17 | challenged in this action continues to this day? | 17:26:19 |
| 18 | A    I have no idea. | 17:26:22 |
| 19 | Q    Are there specific statements that Facebook | 17:26:26 |
| 20 | made that you are -- upon which you are basing this | 17:26:34 |
| 21 | lawsuit? | 17:26:37 |
| 22 | A    Yes. | 17:26:37 |
| 23 | Q    And can you tell me which statements those | 17:26:40 |
| 24 | are? | 17:26:43 |
| 25 | A    So in addition to what I described as -- I | 17:26:43 |

Page 323

| | | |
|---|---|---|
| 1 | would even maybe call it visual representations in | 17:26:52 |
| 2 | terms of the interface itself, the targeting tools | 17:26:55 |
| 3 | available, the audience meter. | 17:26:57 |
| 4 | Then we have tip tools, help material, | 17:26:59 |
| 5 | comments related to reaching your target audience, | 17:27:02 |
| 6 | serving your ad within your target audience, having | 17:27:09 |
| 7 | likes from people within your targeting -- targeted | 17:27:12 |
| 8 | audience. | 17:27:16 |
| 9 | So all of those types of statements, to me, | 17:27:17 |
| 10 | you know, lead me to believe that if Facebook -- | 17:27:22 |
| 11 | that Facebook has the data; they're offering it to | 17:27:24 |
| 12 | me; they're telling me, we're going to -- so if my | 17:27:28 |
| 13 | ad goes out to 500 people today, that's | 17:27:33 |
| 14 | 500 people -- or 500 impressions to however many | 17:27:36 |
| 15 | people, those people that receive that ad are going | 17:27:40 |
| 16 | to be within my target. | 17:27:41 |
| 17 | Which means whatever I selected, which | 17:27:43 |
| 18 | would have been usually a gender, age, location, | 17:27:45 |
| 19 | and -- and then, of course, household income and | 17:27:50 |
| 20 | education level. | 17:27:52 |
| 21 | Q    And you said there -- those people are | 17:27:54 |
| 22 | going to be within your target? | 17:27:59 |
| 23 | A    Facebook said that. | 17:28:01 |
| 24 | Q    And it's your understanding that it's -- | 17:28:02 |
| 25 | that those people are within the target as | 17:28:05 |

Page 324

























