# EXHIBIT C

# (DOCUMENT SOUGHT TO BE FILED PROVISIONALLY UNDER SEAL IN FULL)