# EXHIBIT D

# (DOCUMENT SOUGHT TO BE FILED PROVISIONALLY UNDER SEAL IN FULL)