# EXHIBIT E

# (DOCUMENT SOUGHT TO BE FILED PROVISIONALLY UNDER SEAL IN FULL)