| | |
|---|---|
| 1 | GIBSON, DUNN & CRUTCHER LLP |
| | CHRISTOPHER CHORBA, SBN 216692 |
| 2 |   cchorba@gibsondunn.com |
| | LAUREN M. BLAS, SBN 296823 |
| 3 |   lblas@gibsondunn.com |
| | CHRISTIAN S. BRIGGS, SBN 307387 |
| 4 |   cbriggs@gibsondunn.com |
| | JASON S. KIM, SBN 307532 |
| 5 |   jkim@gibsondunn.com |
| | 333 South Grand Avenue |
| 6 | Los Angeles, CA  90071-3197 |
| | Telephone: 213.229.7000 |
| 7 | Facsimile:  213.229.7520 |

ETHAN DETTMER, SBN 196046
  edettmer@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
  abarrera@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA  94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306

*Attorneys for Defendant Facebook, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| INTEGRITYMESSAGEBOARDS.COM, LLC, | Case No. 4:18-cv-05286 PJH |
| Plaintiff, | PUTATIVE CLASS ACTION |
| v. | **DECLARATION OF DAVID AMSALLEM IN SUPPORT OF DEFENDANT FACEBOOK, INC.'S MOTION TO SEAL PORTIONS OF ITS CLASS CERTIFICATION OPPOSITION FILINGS** |
| FACEBOOK, INC., | |
| Defendant. | *[Notice of Motion; Motion; Memorandum of Points and Authorities; Declarations of Holly Tambling and Jason Kim; and [Proposed] Order filed concurrently herewith]* |
| | Hon. Phyllis J. Hamilton |
| | Hearing:  April 29, 2021, 1:30 p.m. |

Gibson, Dunn & Crutcher LLP

DECLARATION OF DAVID AMSALLEM IN SUPPORT OF DEFENDANT FACEBOOK, INC.'S MOTION TO SEAL PORTIONS OF ITS CLASS CERTIFICATION OPPOSITION FILINGS
CASE NO. 4:18-CV-05286 PJH

## DECLARATION OF DAVID AMSALLEM

I, David Amsallem, declare and state as follows:

1. I am currently a Data Science Manager at Facebook and was a Data Scientist and Senior Data Scientist at Facebook between 2015 and 2017. Through my work in these roles, I am familiar with Facebook's business practices and procedures and the kind of information that Facebook keeps confidential and its reasons for doing so. I have personal knowledge of the facts set forth herein or know of such facts from my review of unredacted copies of Facebook's Opposition to the Motion for Class Certification, related exhibits, supporting declarations, and supporting expert reports. If called upon to do so, I could and would competently testify as follows.

2. I submit this declaration in support of Defendant Facebook's Motion to Seal Portions of its Class Certification Opposition Filings.

3. Among other categories, Facebook seeks to permanently seal confidential information regarding its internal testing and assessments of product features (Category 1 in the Motion), and certain technical processes and functionalities of Facebook's systems (Category 5 in the Motion), including its internal information management systems, and the data underlying them.

4. The opposition filings contain selective quotations and characterizations of internal Facebook documents regarding Facebook's internal testing and assessment of its product features, a number of which I have knowledge of and was personally involved in. Facebook regularly runs a wide variety of tests on and experiments involving its advertising products to ensure that they are providing advertisers with the best possible ads value and experience. To run those tests and experiments, Facebook uses proprietary methods that it has developed and that it does not share with competitors.

5. Facebook also routinely conducts assessments about how advertisers are using its products and runs studies to evaluate what features advertisers find valuable in order to drive its investment decisions. I have been personally involved in a number of these assessments and studies. Based on that experience, I know the disclosure of such confidential and sensitive information would put Facebook at a competitive disadvantage in the marketplace, as it would give Facebook's competitors access to specific information and methodologies that Facebook uses.

Gibson, Dunn & Crutcher LLP

1

DECLARATION OF DAVID AMSALLEM IN SUPPORT OF DEFENDANT FACEBOOK, INC.'S MOTION TO SEAL PORTIONS OF ITS CLASS CERTIFICATION OPPOSITION FILINGS
CASE NO. 4:18-CV-05286 PJH

6. Moreover, as evidenced by the opposition filings, these studies and assessments often involve a cross-functional effort among various teams at Facebook. The targeting team working on the product, for example, will interface with employees in Facebook's business departments to understand the needs of Facebook's clients, including what advertising features they find effective, want to see improved, or want to see implemented in the future. The studies and discussions about them reflect Facebook's business strategy as to how it will invest its resources to help advertisers. Such information, if disclosed, would again put Facebook at a competitive disadvantage by giving competitors unfair access to information that will give them an unfair advantage in the marketplace.

7. The opposition filings also contain characterizations of internal Facebook documents, as well as certain copies of those documents, discussing the technical functionalities of Facebook's ad targeting systems, how they are engineered and refined, and the data and databases underlying those systems. The way Facebook's systems create, deliver, and charge for ads is proprietary, sensitive, and confidential. This information is a large part of Facebook's trade secret information. Facebook closely guards this information from its competitors so as not to give them an unfair advantage in the marketplace. Facebook also considers confidential and sensitive the databases (along with the structure of the databases and the data in them) that it uses to run its ads systems. This information is particularly sensitive because Facebook uses this data to improve its advertising offerings, and disclosure of such confidential information would give competitors unfair insight into how Facebook is improving its products.

8. The disclosure of the information above would subject Facebook to competitive harm, as it would reveal to competitors not only how Facebook's products and systems work but also what Facebook is doing to evaluate, analyze, and improve them. Disclosure of the information would allow them to improperly leverage Facebook's trade secret information to their benefit, anticipate Facebook's business decisions, and react in ways they could not have otherwise, had the information been kept confidential.

Gibson, Dunn & Crutcher LLP

2

DECLARATION OF DAVID AMSALLEM IN SUPPORT OF DEFENDANT FACEBOOK, INC.'S MOTION TO SEAL PORTIONS OF ITS CLASS CERTIFICATION OPPOSITION FILINGS
CASE NO. 4:18-CV-05286 PJH

1  I declare under penalty of perjury that the foregoing is true and correct, and that I executed
2  this Declaration on __March 2nd__, 2021, in __San Fransciso__.

*David Amsallem*
_____
David Amsallem

Gibson, Dunn & Crutcher LLP

3

DECLARATION OF DAVID AMSALLEM IN SUPPORT OF DEFENDANT FACEBOOK, INC.'S MOTION TO SEAL PORTIONS OF ITS CLASS CERTIFICATION OPPOSITION FILINGS
CASE NO. 4:18-CV-05286 PJH