GIBSON, DUNN & CRUTCHER LLP
CHRISTOPHER CHORBA, SBN 216692
  cchorba@gibsondunn.com
LAUREN M. BLAS, SBN 296823
  lblas@gibsondunn.com
CHRISTIAN S. BRIGGS, SBN 307387
  cbriggs@gibsondunn.com
JASON S. KIM, SBN 307532
  jkim@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

ETHAN DETTMER, SBN 196046
  edettmer@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
  abarrera@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA  94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306

*Attorneys for Defendant Facebook, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| INTEGRITYMESSAGEBOARDS.COM, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No. 4:18-cv-05286 PJH<br><br>PUTATIVE CLASS ACTION<br><br>**DECLARATION OF JASON KIM IN SUPPORT OF DEFENDANT FACEBOOK, INC.'S MOTION TO SEAL PORTIONS OF ITS CLASS CERTIFICATION OPPOSITION FILINGS**<br><br>*[Notice of Motion; Motion; Memorandum of Points and Authorities; Declarations of Holly Tambling, David Amsallem, and Amy Lee; and [Proposed] Order filed concurrently herewith]*<br><br>Hon. Phyllis J. Hamilton<br><br>Hearing:  April 29, 2021, 1:30 p.m. |

Gibson, Dunn & Crutcher LLP

DECLARATION OF JASON KIM IN SUPPORT OF DEFENDANT FACEBOOK, INC.'S MOTION TO SEAL PORTIONS OF ITS CLASS CERTIFICATION OPPOSITION FILINGS
CASE NO. 4:18-CV-05286 PJH

**DECLARATION OF JASON KIM**

I, Jason Kim, declare and state as follows:

1. I am an associate attorney at Gibson, Dunn & Crutcher LLP, and counsel of record for Defendant Facebook, Inc. in the above-captioned case. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would competently testify hereto.

2. I submit this declaration under Local Rule 79-5 in support of Defendant Facebook's Motion to Seal Portions of its Class Certification Opposition Filings. Specifically, Facebook seeks an order (1) permanently sealing portions of Facebook's Opposition to the Motion for Class Certification, related exhibits, supporting declarations, and supporting expert reports that refer to information Facebook has designated confidential and/or that Facebook considers confidential and sensitive such that it should be sealed; and (2) provisionally sealing other portions of those same filings that refer to information Plaintiff IntegrityMessageBoards.com ("IMB") or former Plaintiff Retour, Inc. has designated confidential.

3. Facebook seeks to seal the same five categories of information it previously sought to seal in connection with Plaintiff's Motion for Class Certification. (Dkt. 158.) Plaintiff did not oppose that motion (*id.*) as to "specific findings of internal testing" in Category 1 and all information in Categories 2 and 5. (Dkt. 160 at 3, 3 n.1.) Counsel for Facebook contacted counsel for Plaintiff in advance of filing the instant Motion to Seal in an attempt to reach an agreement as to those documents provisionally designated by Plaintiff, but Plaintiff represented it needed more time to decide whether it would withdraw the designations for those documents.

**Confidential Information of Facebook**

4. Facebook seeks to seal portions of the opposition filings that quote, reference, or otherwise rely on documents that it previously designated "Confidential," "Highly Confidential—Attorneys' Eyes Only," or "Highly Confidential—Source Code," under the Stipulated Protective Order (Dkt. 71) or on documents and/or information that it considers confidential and sensitive such that they should be sealed. The portions of the opposition filings it seeks to seal are identified in the Appendix to the Declaration of Holly Tambling.

Gibson, Dunn & Crutcher LLP

1

DECLARATION OF JASON KIM IN SUPPORT OF DEFENDANT FACEBOOK, INC.'S MOTION TO SEAL PORTIONS OF ITS CLASS CERTIFICATION OPPOSITION FILINGS
CASE NO. 4:18-CV-05286 PJH

5. In accordance with Local Rule 79-5(d)(1)(C), attached as **Exhibit A** is a redacted version of the Opposition. In accordance with Rule 79-5(d)(1)(D), attached as **Exhibit B** is an unredacted version of the Opposition, highlighting the portions that have been redacted.[1]

6. In accordance with Local Rule 79-5(d)(1)(C), attached as **Exhibit C** are redacted copies of Exhibits 95, 130-131, 134-135, 138-140, and 144 to the Declaration of Christopher Chorba, which Facebook has filed in support of its Opposition that it seeks to seal in full or in part. (*See* App. 59-60, 645-740, 811-877, 910-943, 1024-1027.)[2] In accordance with Rule 79-5(d)(1)(D), attached as **Exhibit D** are unredacted copies of the exhibits, highlighting those portions that were redacted.

7. In accordance with Local Rule 79-5(d)(1)(C), attached as **Exhibit E** is a redacted copy of the Declaration of Amy Lee filed in support of the Opposition. (*See* App. 1343-1352.) In accordance with Rule 79-5(d)(1)(D), attached as **Exhibit F** is an unredacted copy, highlighting those portions that were redacted.

8. In accordance with Local Rule 79-5(d)(1)(C), attached as **Exhibit G** is a redacted copy of the Declaration of Caleb Nguyen filed in support of the Opposition. (*See* App. 1353-1362.) In accordance with Rule 79-5(d)(1)(D), attached as **Exhibit H** is an unredacted copy, highlighting those portions that were redacted.

9. In accordance with Local Rule 79-5(d)(1)(C), attached as **Exhibit I** is a redacted copy of the Declaration of Jian Yuan filed in support of the Opposition. (*See* App. 1363-1368.) In accordance with Rule 79-5(d)(1)(D), attached as **Exhibit J** is an unredacted copy, highlighting those portions that were redacted.

10. In accordance with Local Rule 79-5(d)(1)(C), attached as **Exhibit K** is a redacted copy of the expert report of Dr. Catherine Tucker filed in support of the Opposition. In accordance with Rule 79-5(d)(1)(D), attached as **Exhibit L** is an unredacted copy, highlighting those portions that were redacted.

---

[1] For all Exhibits attached to this declaration, the information highlighted in blue is the information that Facebook seeks to seal and that is redacted.

[2] "App." references the Appendix filed in support of the Opposition.

2
DECLARATION OF JASON KIM IN SUPPORT OF DEFENDANT FACEBOOK, INC.'S MOTION TO SEAL PORTIONS OF ITS CLASS CERTIFICATION OPPOSITION FILINGS
CASE NO. 4:18-CV-05286 PJH

Gibson, Dunn & Crutcher LLP

11. In accordance with Local Rule 79-5(d)(1)(C), attached as **Exhibit M** is a redacted copy of the expert report of Dr. Dominique Hanssens filed in support of the Opposition. In accordance with Rule 79-5(d)(1)(D), attached as **Exhibit N** is an unredacted copy, highlighting those portions that were redacted.

12. In accordance with Local Rule 79-5(d)(1)(C), attached as **Exhibit O** is a redacted copy of the expert report of Dr. Stuart Madnick filed in support of the Opposition. In accordance with Rule 79-5(d)(1)(D), attached as **Exhibit P** is an unredacted copy, highlighting those portions that were redacted.

### Confidential Information of IMB and Retour

13. Portions of the opposition filings also quote, reference, or otherwise rely on documents that Plaintiff IMB and former Plaintiff Retour, Inc. have designated as "Highly Confidential—Attorneys' Eyes Only" or "Confidential" under the Protective Order. Under Civil Local Rule 79-5, I hereby state that the following portions of the Opposition quote, reference, or otherwise rely on such documents:

| Page | Line(s) |
|------|---------|
| 2 | 8-9 |
| 12 | 6-7 |
| 13 | 20 |
| 16 | 3-6 |
| 16 | 8-10 |
| 20 | 10-12 |
| 22 | 18-21 |

14. **Exhibits A** and **B**, both previously referenced in paragraph 5, contain provisional redactions and highlights, respectively, indicating which portions Facebook has provisionally moved to seal.

15. Under Civil Local Rule 79-5, I hereby state that the following portions of the expert report of Catherine Tucker also quote, reference, or otherwise rely on such confidential documents:

3
DECLARATION OF JASON KIM IN SUPPORT OF DEFENDANT FACEBOOK, INC.'S MOTION TO SEAL PORTIONS OF ITS CLASS CERTIFICATION OPPOSITION FILINGS
CASE NO. 4:18-CV-05286 PJH

Gibson, Dunn & Crutcher LLP

| **Paragraphs** |
|---|
| Highlighted portions of paragraph 61, including highlighted portions of footnote 84 |
| Highlighted portions of paragraph 67, including highlighted portions of footnote 93 |

16.     **Exhibits K** and **L**, both previously referenced in paragraph 10, contain provisional redactions and highlights, respectively, indicating which portions Facebook has provisionally moved to seal.

17.     Certain exhibits attached to the Declaration of Christopher Chorba filed in support of the opposition filings consist of documents that IMB or Retour has designated as "Confidential" under the Protective Order in their entirety. Under Civil Local Rule 79-5, I hereby state that IMB or Retour has designated as "Confidential" the following exhibits: 88, 122-123, and 126-129. (*See* App. 11-15, 411-446, 471-644.) **Exhibits C** and **D**, both previously referenced in paragraph 6, contain provisional redactions and highlights, respectively, indicating which portions Facebook has provisionally moved to seal.

I declare under penalty of perjury that the foregoing is true and correct, and that I executed this Declaration on March 3, 2021, in South Pasadena, California.

                                    */s/ Jason Kim*
                                    Jason Kim

4
DECLARATION OF JASON KIM IN SUPPORT OF DEFENDANT FACEBOOK, INC.'S MOTION TO SEAL PORTIONS OF ITS CLASS CERTIFICATION OPPOSITION FILINGS
CASE NO. 4:18-CV-05286 PJH

Gibson, Dunn & Crutcher LLP