GIBSON, DUNN & CRUTCHER LLP
Christopher Chorba (SBN 216692)
Lauren M. Blas (SBN 296823)
333 South Grand Avenue
Los Angeles, CA 90071

GIBSON, DUNN & CRUTCHER LLP
Ethan Dettmer (SBN 196046)
Abbey A. Barrera (SBN 301746)
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921

*Counsel for Defendant Meta Platforms, Inc.*

POMERANTZ LLP
Jordan L. Lurie (SBN 130013)
Ari Y. Basser (SBN 272618)
1100 Glendon Avenue, 15th floor
Los Angeles, CA 90024

WOHL & FRUCHTER LLP
J. Elazar Fruchter (*admitted pro hac vice*)
25 Robert Pitt Drive, Suite 209G
Monsey, NY 10952

MOLOLAMKEN LLP
Steven F. Molo (*admitted pro hac vice*)
Caleb Hayes-Deats (*admitted pro hac vice*)
Lauren F. Dayton (*admitted pro hac vice*)
Leonid Grinberg (*admitted pro hac vice*)
430 Park Avenue
New York, NY 10022

MOLOLAMKEN LLP
Megan Cunniff Church (*admitted pro hac vice*)
Eugene A. Sokoloff (*admitted pro hac vice*)
300 North LaSalle Street, Suite 5350
Chicago, IL 60654

*Counsel for Plaintiff
IntegrityMessageBoards.Com, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| INTEGRITYMESSAGEBOARDS.COM, LLC,<br><br>                    Plaintiff,<br><br>     v.<br><br>META PLATFORMS, INC.,<br><br>                    Defendant. | Case No. 4:18-cv-05286 PJH<br><br>**STIPULATION OF VOLUNTARY DISMISSAL**<br><br>Hon. Phyllis J. Hamilton |

## STIPULATION OF DISMISSAL

Plaintiff IntegrityMessageBoards.com, LLC and Defendant Meta Platforms, Inc., by and through counsel, hereby stipulate that this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

IT IS SO STIPULATED.

DATED:  March 29, 2022

POMERANTZ LLP
By:  */s/ Jordan L. Lurie*
Jordan L. Lurie (SBN 130013)
Ari Y. Basser (SBN 272618)

MOLOLAMKEN LLP
By:  */s/ Caleb Hayes-Deats*
Steven F. Molo (*admitted pro hac vice*)
Megan Cunniff Church (*admitted pro hac vice*)
Caleb Hayes-Deats (*admitted pro hac vice*)
Eugene A. Sokoloff (*admitted pro hac vice*)
Lauren F. Dayton (*admitted pro hac vice*)
Leonid Grinberg (*admitted pro hac vice*)

WOHL & FRUCHTER LLP
By:  */s/ Joshua Elazar Fruchter*
Joshua Elazar Fruchter (*admitted pro hac vice*)

*Counsel for Plaintiff IntegrityMessageBoards.Com, LLC*


DATED:  March 29, 2022

GIBSON, DUNN & CRUTCHER LLP
By:  */s/ Christopher Chorba*
Christopher Chorba (SBN 216692)
Ethan Dettmer (SBN 196046)
Lauren M. Blas (SBN 296823)
Abigail A. Barrera (SBN 301746)

*Counsel for Defendant Meta Platforms, Inc.*